## UNITED STATES DISTRICT COURT

PLEASE RECEIPT AND RETURN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No: 20cr2314-JLS |
| v. | ) | |
| MONIQUE LAURICE RILVERIA | ) | |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
   (✓) Ad Prosequendum          ( ) Ad Testificandum.

Name of Detainee: Monique Rilveria
Detained at (custodian): ASPC Perryville, Santa Maria Unit

Detainee is:   a.)   (✓) charged in this district by:
                     ( ) Indictment     (✓) Information     ( ) Complaint
                     Charging Detainee With: PWID heroin and methamphetamine
      or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   ( ) return to the custody of detaining facility upon termination of proceedings
      or   b.)   (✓) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

The Court on March 19, 2021 (ECF no. 34), ordered the Government to writ the defendant over from state custody for prosecution in the underlying matter, case number 20-CR-2314-JLS.

4/19/21

Signature: Daniel Greene
Printed Name & Phone no.: 619-546-6783
Attorney of Record for: United States of America

### WRIT OF HABEAS CORPUS
   (✓) Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the name detainee, on the date and time received above, and any further proceeding to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

04/19/2021
Date

Janis L. Sammartino
United States District/Magistrate Judge

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if applicable): | ☐ Male   ☑ Female |
| Booking or Fed. Reg. #: Inmate No. 347991 | DOB: 12/02/81 |
| Facility Address: 2105 North Citrus Road | Race: unknown |
| Goodyear, AZ 85395 | FBI#: 504515LB4 |
| Facility Phone: (623) 853-0425 | |
| Currently Incarcerated For: Drug Paraphernalia Violation | |

### RETURN OF SERVICE

Executed on: _____ by: _____

(Signature)

Form Crim-48                                                                                          Revised 7/25/14