# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MONIQUE LAURICE RILVERIA,<br><br>　　　　　　　Defendant. | Case No.: 3:20-CR-02314-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE** |

The Court has reviewed the parties' Joint Motion to Continue (ECF No. 36). The Motion is GRANTED, and the Motion Hearing and Trial Setting is continued from April 30, 2021 to June 4, 2021, at 1:30 p.m.

The time necessary for this continuance is excluded under the Speedy Trial Act in light of the pending motions under 18 U.S.C. § 3161(h)(1)(D) and of defendant's unavailability under 18 U.S.C. § 3161(h)(3)(A); furthermore, the Court finds that the requested continuance further serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated: April 21, 2021

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge