# UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA )  Case No: 20cr2314-JLS
)
v. )
)
MONIQUE LAURICE RILVERIA )
)

## APPLICATION FOR WRIT OF HABEAS CORPUS

PLEASE RECEIPT AND RETURN

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (✓) Ad Prosequendum                     ( ) Ad Testificandum.

Name of Detainee:  Monique Rilveria
Detained at (custodian):  ASPC Perryville, Santa Maria Unit

Detainee is:  a.)  (✓) charged in this district by:
                    ( ) Indictment    (✓) Information    ( ) Complaint
                Charging Detainee With:  PWID heroin and methamphetamine
or    b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)  ( ) return to the custody of detaining facility upon termination of proceedings
or    b.)  (✓) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

The Court on March 19, 2021 (ECF no. 34), ordered the Government to writ the defendant over from state custody for prosecution in the underlying matter, case number 20-CR-2314-JLS.

The defendant is scheduled to appear in case number 20-CR-2314-JLS on **June 4, 2021, at 1:30 p.m.**

Signature: _Daniel Greene_
Printed Name & Phone no.: 619-546-6783
Attorney of Record for:  United States of America

## WRIT OF HABEAS CORPUS

    (✓) Ad Prosequendum                ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the name detainee, on the date and time received above, and any further proceeding to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

04/22/2021
Date

_Janis L. Sammartino_
United States District/Magistrate Judge

---

Please provide the following, if known:

AKA(s) (if applicable): _____
Booking or Fed. Reg. #:  Inmate No. 347991
Facility Address:  2105 North Citrus Road
                    Goodyear, AZ 85395
Facility Phone:  (623) 853-0425
Currently Incarcerated For: Drug Paraphernalia Violation

☐ Male    ☑ Female
DOB:  12/02/81
Race:  unknown
FBI#:  504515LB4

## RETURN OF SERVICE

Executed on: _____  by: _____

(Signature)

Form Crim-48                                                                                    Revised 7/25/14